THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL T. WARD and SINCERE WARD, husband and wife, and MICHAEL WARD, SR. and KAREN E. WARD, husband and wife,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF TACOMA, a municipal corporation, TACOMA POLICE DEPARTMENT, and Tacoma Police Officers ROBERT BAKER, JASON BROOKS, and BRIAN S. GARRISON,<br><br>          Defendants. | NO.  CV06-5099FDB<br><br>STIPULATION AND AGREED ORDER TO EXCLUDE TESTIMONY OF MYKEL HANKINS |

## STIPULATION

COME NOW the parties, by and through their attorneys, and stipulate to exclude the testimony of MYKEL HANKINS at trial and agree that MYKEL HANKINS will not be called as a witness to testify in this matter for trial.

For the purposes of this stipulation and order, the term "exclude" shall mean neither party will call MYKEL HANKINS as a witness in this matter and/or rely on written or oral testimony provided by MYKEL HANKINS.

DATED this _____ day of January, 2007.

ELIZABETH A. PAULI, City Attorney

LAW OFFICES OF
LEMBHARD G. HOWELL

By: _____

JEAN P. HOMAN
WSBA #27084
Attorney for Defendants

By: /s_____

LEMBHARD G. HOWELL
WSBA #133
Attorney for Plaintiffs

/

## ORDER

Based upon the above stipulation,

IT IS HEREBY ORDERED that MYKEL HANKINS will not be called as a witness to testify at trial, and the witness testimony of MYKEL HANKINS will be excluded from this matter and shall be treated in accordance with the terms of the Stipulation.

DATED this 9th day of January 2007

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

ELIZABETH A. PAULI, City Attorney


By: _____
       JEAN P. HOMAN
       WSB #27084
       Assistant City Attorney
       Of Attorneys for Defendants


Approved as to Form:

LAW OFFICES OF LEMBHARD G. HOWELL


By: /s_____
       LEMBHARD G. HOWELL
       WSBA #133
       Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing and supporting affidavits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lembhard G. Howell, attorney for plaintiffs.


_____
JEAN P. HOMAN
WSBA#27084
Attorney for Defendants
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA  98402
(253) 591-5885
Fax:  (253) 591-5755
jhoman@ci.tacoma.wa.us