THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL T. WARD and SINCERE WARD, husband and wife, and MICHAEL WARD, SR. and KAREN E. WARD, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, a municipal corporation, TACOMA POLICE DEPARTMENT, and Tacoma Police Officers ROBERT BAKER, JASON BROOKS, and BRIAN S. GARRISON,<br><br>Defendants. | NO. CV06-5099FDB<br><br>STIPULATION AND AGREED ORDER TO EXCLUDE TESTIMONY OF EZEKIEL WARD |

### STIPULATION

COME NOW the parties, by and through their attorneys, and stipulate to exclude the testimony of Ezekiel Ward at trial and agree that Ezekiel Ward will not be called as a witness to testify in this matter for trial.

For the purposes of this stipulation and order, the term "exclude" shall mean neither party will call Ezekiel Ward as a witness in this matter and/or rely on written or oral testimony provided by Ezekiel Ward.

DATED this _____ day of January, 2007.

ELIZABETH A. PAULI, City Attorney        LAW OFFICES OF
                                          LEMBHARD G. HOWELL

By: _____           By:  /s_____
    JEAN P. HOMAN                         LEMBHARD G. HOWELL
    WSBA #27084                           WSBA #133
    Attorney for Defendants               Attorney for Plaintiffs

/

### ORDER

Based upon the above stipulation,

IT IS HEREBY ORDERED that Ezekiel Ward will not be called as a witness to testify at trial, and the witness testimony of Ezekiel Ward will be excluded from this matter and shall be treated in accordance with the terms of the Stipulation.

DATED this 8th day of January 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Case 3:06-cv-05099-FDB   Document 36   Filed 01/09/07   Page 3 of 4

STIPULATION AND AGREED ORDER TO EXCLUDE TESTIMONY
Page 3 of 4
(CV06-5099FDB)

Presented by:

ELIZABETH A. PAULI, City Attorney


By: _____
    JEAN P. HOMAN
    WSB #27084
    Assistant City Attorney
    Of Attorneys for Defendants


Approved as to Form:

LAW OFFICES OF LEMBHARD G. HOWELL


By: /s_____
    LEMBHARD G. HOWELL
    WSBA #133
    Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

    I hereby certify that on _____, I electronically filed the foregoing and supporting affidavits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lembhard G. Howell, attorney for plaintiffs.


                              _____
                              JEAN P. HOMAN
                              WSBA#27084
                              Attorney for Defendants
                              Tacoma City Attorney's Office
                              747 Market Street, Suite 1120
                              Tacoma, WA  98402
                              (253) 591-5885
                              Fax:  (253) 591-5755
                              jhoman@ci.tacoma.wa.us